UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| ELISA L THOLEN,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN ,<br>Acting Commissioner of Social Security[1],<br><br>Defendant. | Civil No. C12-5732-MAT<br><br><br>ORDER AMENDING THE<br>SCHEDULING ORDER |

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including March 27, 2013, to file Defendant's responsive brief; and

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Page 1     ORDER - [C12-5732-MAT]

- Plaintiff shall have up to and including April 11, 2013, to file a reply brief.

**This is the parties' second stipulated motion for extension of the briefing schedule (the first one by defendant). Consequently, no additional extensions will be granted absent extraordinary circumstances.**

DATED this <u>25th</u> day of February, 2013.

Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Nancy A. Mishalanie
NANCY A. MISHALANIE
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3619
Fax: (206) 615-2531
nancy.mishalanie@ssa.gov

Page 2      ORDER - [C12-5732-MAT]